# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CATHY MAY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　Defendant. | NO: 2:18-CV-0060-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 12). The parties stipulate to the dismissal of this case and all claims alleged herein with prejudice and without attorney fees or costs awarded to either side. Defendant has not filed an answer and there are no counterclaims pending.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. Pro. 41(a)(1)(i), all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to either party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All pending hearings are stricken from the Court's calendar.

The District Court Executive is directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** July 30, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2